1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. KELLY
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
6



7           IN THE UNITED STATES DISTRICT COURT FOR THE
8                   EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    )  CR. NO. 06 CR 0 0 0 5 2 OWW
10                              )
            Plaintiff,          )  EX PARTE MOTION TO SEAL
11                              )  INDICTMENT PURSUANT
        v.                      )  TO RULE 6(e), FEDERAL
12                              )  FEDERAL RULES OF
                                )  CRIMINAL PROCEDURE
13 DANIEL CAREY,                )
                                )
14          Defendant.          )
   _____)
15

16      The government moves the Court, pursuant to Rule 6(e) of the
17 Federal Rules of Criminal Procedure, to order and direct that the
18 Indictment returned by the Grand Jury on February 16, 2006
19 charging the above defendant with a violation of Title 18, United
20 States Code, Sections 3 - Accessory After the Fact and other
21 violations, be kept secret until the defendant named in the
22 Indictment is either in custody or has been given bail on this
23 offense; and further order that until such time as the defendant
24 is in custody or has been given bail, that no person shall
25 disclose the finding of the Indictment or any warrant issued
26 pursuant thereto, except when necessary for the issuance and
27
28

```
 1  execution of the warrant.
 2  DATED: February __ 2006              Respectfully submitted,
 3                                       McGREGOR W. SCOTT
                                         United States Attorney
 4                                       By /s/ Kimberly A. Kelly
 5                                          KIMBERLY A. KELLY
                                         Assistant U.S. Attorney
 6
 7  ORDERED as prayed this 16th day of February 2006
 8
                                         _____
 9                                       U.S. Magistrate Judge
10
```