```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

FILED
FEB 23 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

LODGED
FEB 21 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06-cr-00052 OWW |
| Plaintiff, ) | |
| v. ) | REQUEST BY THE UNITED STATES TO UNSEAL INDICTMENT |
| DANIEL CAREY, ) | |
| Defendant. ) | |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistant United States Attorney, and request leave of the Court to unseal the Indictment in the above-referenced matter.

DATED: February 17, 2006          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                              By  /s/ Kimberly A. Kelly
                                  KIMBERLY A. KELLY
                                  Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: February 23, 2006          _____
                                  Hon. OLIVER W. WANGER
                                  U.S. District Court Judge

1