SAWL & NETZER
2150 Tulare Street
Fresno, CA 93721
(559) 266-9800
(559) 266-3421 Fax

Attorneys for Defendant

**FILED**

MAR - 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES,

    Plaintiff,

v.

Daniel F. Carey,

    Defendant.

Case No. 1:06-CR 00052-OWW

**SUBSTITUTION OF ATTORNEY**

SAWL & NETZER, Attorneys at Law, is hereby substituted as attorney of record for Defendant Daniel F. Carey in place of M. Wolcott.

I consent to the above substitution.
Dated: 2-28-06

X _____
             Defendant

I consent to the above substitution.
Dated: 3/7/06

_____
Attorney M. Wolcott

I consent to the above substitution.
Dated: 3-1-06

_____
SAWL & NETZER
Eric Schweitzer

**SUBSTITUTION OF ATTORNEY**

3-8-06

_____
So ordered
Oliver W. Wanger